No. 346, Misc. NEWTON v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *C. F. Gravel, Jr.* for petitioner.

No. 344, Misc. KENNARD v. MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Thurgood Marshall, Constance Baker Motley* and *R. Jess Brown* for petitioner.

No. 28, October Term, 1960. KONIGSBERG v. STATE BAR OF CALIFORNIA ET AL., 366 U. S. 36;

No. 36, October Term, 1960. TWO GUYS FROM HARRISON-ALLENTOWN, INC., v. McGINLEY, DISTRICT ATTORNEY, LEHIGH COUNTY, PENNSYLVANIA, ET AL., 366 U. S. 582;

No. 58, October Term, 1960. IN RE ANASTAPLO, 366 U. S. 82;

No. 60, October Term, 1960. POE ET AL. v. ULLMAN, STATE'S ATTORNEY, 367 U. S. 497;

No. 61, October Term, 1960. BUXTON v. ULLMAN, STATE'S ATTORNEY, 367 U. S. 497;

No. 67, October Term, 1960. BRAUNFELD ET AL. v. BROWN, COMMISSIONER OF POLICE OF PHILADELPHIA, ET AL., 366 U. S. 599;

No. 97, October Term, 1960. CAFETERIA & RESTAURANT WORKERS UNION, LOCAL 473, AFL–CIO, ET AL. v. McELROY ET AL., 367 U. S. 886; and

No. 257, October Term, 1960. H. K. PORTER Co., INC., ET AL. v. CENTRAL VERMONT RAILWAY, INC., ET AL., 366 U. S. 272. Petitions for rehearing denied.